**EXHIBIT A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **LINDA GUINYARD** | § | |
| *Plaintiff*, | § | |
| | § | |
| **vs.** | § | **Civil Action No.** 4:22-CV-219 |
| | § | |
| **RANDALL'S FOOD & DRUGS, LP** | § | |
| *Defendant.* | § | |

### EXHIBIT A – INDEX OF MATTERS BEING FILED

| TAB | DATE | DOCUMENT |
|---|---|---|
| 1 | na | State Court Registry of Actions |
| 2 | 2/22/2022 | Plaintiff's Original Petition with Request for Service |
| 3 | 2/23/2022 | Citations Issued |
| 4 | 3/1/2022 | Returns of Service Filed |
| 5 | 3/18/2022 | Defendant's Original Answer |

Respectfully submitted,

By:  **/s/  Trek Doyle**
Trek Doyle
State Bar No. 00790608
trek@doyleseelbach.com
Ryan Hecht
State Bar No. 24120281
ryanh@doyleseelbach.com

Doyle & Seelbach PLLC
7700 W. Highway 71, Ste. 250
Austin, Texas 78735
512.960.4890 phone
doyleseelbach.com

*ATTORNEYS FOR DEFENDANT*
*RANDALLS FOOD & DRUGS, LP*

EXHIBIT A



### <u>CERTIFICATE OF SERVICE</u>

By my signature above, I hereby certify that a true and correct copy of the above and foregoing document has been served by electronic delivery to counsel identified below on this, the 25th day of March 2022.

Gabriel A. Gonzalez
State Bar No. 24103735
Schechter, Shaffer & Harris, LLP
3200 Travis, 3rd Floor
Houston, Texas 77006
713.524.3500 telephone
866.757.1011 fax
ggonzalez@smslegal.com

*ATTORNEYS FOR PLAINTIFF*

## Case Information

# LINDA GURNYARD VS. THE ALBERTSONS COMPANIES INC

067-332077-22

Location
Tarrant Count - District Clerk

Case Category
Civil - Injury or Damage

Case Type
Other Injury or Damage

Case Filed Date
2/22/2022

## Parties 8

| Type | Name | Attorneys |
|---|---|---|
| Plaintiff | LINDA GURNYARD | GABRIEL A GONZALEZ |
| Defendant | THE ALBERTSONS COMPANIES INC | |
| Defendant | THE ALBERTSONS LLC | |
| Defendant | THE RANDALL PROPERTIES INC | |
| Defendant | THE RANDALLS FOOD & DRUGS LP | |
| Defendant | THE RANDALLS FOOD MARKETS INC | |
| Defendant | THE SAFEWAY INC | |
| Doing Business As | THE TOM THUMB | |

## Events 8

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 2/22/2022 | Filing | Petition | Plaintiff's Original Petition and Request for Disclosure | 02-22-22 Civil Process Requests (Gurnyard L).pdf, 02-22-22 OP&D (Gurnyard L).pdf |
| 3/1/2022 | Filing | No Fee Documents | RETURN OF SERVICE TO RANDALLS FOOD & DRUGS LP | 067-332077-22 ROS_ RANDALLS FOOD &DRUGS LP.pdf |
| 3/1/2022 | Filing | No Fee Documents | RETURN OF SERVICE TO SAFEWAY INC | 067-332077-22 ROS SAFEWAY INC.pdf |
| 3/1/2022 | Filing | No Fee Documents | RETURN OF SERVICE TO ALBERTSONS LLC | 067-332077-22 ROS_ALBERTSONS LLC.pdf |
| 3/1/2022 | Filing | No Fee Documents | RETURN OF SERVICE TO ALBERTSONS COMPANIES INC | 067-332077-22 ROS_ALBERTONS COMPANIES LLC.pdf |
| 3/1/2022 | Filing | No Fee Documents | RETURN OF SERVICE TO RANDALLS FOOD MARKET INC | 067-332077-22 ROS_ RANDALL FOOD MARKETS INC.pdf |
| 3/1/2022 | Filing | No Fee Documents | RETURN OF SERVICE RANDALL PROPERTIES INC | 067-332077-22 ROS_ RANDALL PROPERTIES INC.pdf |
| 3/18/2022 | Filing | Answer/Response | Defendants' Original Answer | 2022.03.18 - Defendants' Original Answer (Guinyard).pdf |

© 2022 Tyler Technologies, Inc. | All Rights Reserved
Version: 2022.2.0.10061


EMPOWERED BY
TYLER TECHNOLOGIES

FILED
TARRANT COUNTY
2/22/2022 11:00 AM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. 067-332077-22 _____

| | | |
|---|---|---|
| LINDA GURNYARD | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | |
| | § | |
| ALBERTSONS COMPANIES, INC., | § | |
| ALBERTSONS, LLC, RANDALL'S FOOD | § | TARRANT COUNTY, TEXAS |
| & DRUGS, LP, RANDALL'S FOOD | § | _____ |
| MARKETS, INC., RANDALL | § | |
| PROPERTIES, INC, and | § | |
| SAFEWAY, INC. D/B/A/ TOM THUMB | § | JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, LINDA GURNYARD, hereinafter referred to as Plaintiff, complaining of, ALBERTSONS COMPANIES, INC., ALBERTSONS, LLC, RANDALL'S FOOD & DRUGS, LP, RANDALL'S FOOD MARKETS, INC., RANDALL PROPERTIES, INC., and SAFEWAY, INC. D/B/A TOM THUMB, hereinafter referred to as Defendants, and for cause of action would respectfully show unto this Honorable Court as follows:

### I. DISCOVERY CONTROL PLAN

Plaintiff requests discovery be conducted under Level 3 as set forth in the Texas Rules of Civil procedure.

### II. VENUE

Plaintiff is an individual residing in Fort Worth, Tarrant County, Texas.

Defendant ALBERTSONS COMPANIES, INC. is a corporation doing business in Tarrant County, Texas. This Defendant may be served with due process here in by serving its registered agent CT Corporation System, at 1999 Bryan Street, Ste. 900, Dallas, TX 75201. **Please issue citation of service for this defendant at this time.**

Copy from re:SearchTX

**EXHIBIT A**

Defendant ALBERTSONS, LLC is a corporation doing business in Tarrant County, Texas. This Defendant may be served with due process here in by serving its registered agent CT Corporation System, at 1999 Bryan Street, Ste. 900, Dallas, TX 75201. **Please issue citation of service for this defendant at this time.**

Defendant RANDALL'S FOOD & DRUGS, LP is a Limited Partnership (corporation) doing business in Tarrant County, Texas. This Defendant may be served with due process here in by serving its registered agent CT Corporation System, at 1999 Bryan Street, Ste. 900, Dallas, TX 75201. **Please issue citation of service for this defendant at this time.**

Defendant RANDALL's FOOD MARKETS, INC. is a corporation doing business in Tarrant County, Texas. This Defendant may be served with due process here in by serving its registered agent CT Corporation System, at 1999 Bryan Street, Ste. 900, Dallas, TX 75201. **Please issue citation of service for this defendant at this time.**

Defendant RANDALL PROPERTIES, INC. is a corporation doing business in Tarrant County, Texas. This Defendant may be served with due process here in by serving its registered agent CT Corporation System, at 1999 Bryan Street, Ste. 900, Dallas, TX 75201. **Please issue citation of service for this defendant at this time.**

Defendant SAFEWAY, INC. D/B/A TOM THUMB is a corporation doing business in Tarrant County, Texas. This Defendant may be served with due process here in by serving its registered agent CT Corporation System, at 1999 Bryan Street, Ste. 900, Dallas, TX 75201. **Please issue citation of service for this defendant at this time.**

Venue is proper in Tarrant County, Texas because all or a substantial part of the events or omissions giving rise to this cause of action occurred in Tarrant County, Texas.

Copy from re:SearchTX

### III. FACTS

On or about April 02, 2020, Plaintiff, LINDA GURNYARD, was employed by Defendants ALBERTSONS COMPANIES, INC., ALBERTSONS, LLC, RANDALL'S FOOD & DRUGS, LP, RANDALL'S FOOD MARKETS, INC., RANDALL PROPERTIES, INC., and SAFEWAY, INC. D/B/A TOM THUMB. While working on this day at 3100 S Hulen St., Fort Worth, Texas 76109, Plaintiff was on the property attending to company delivery vehicles. As Plaintiff was re-entering the building, an unattended metal rod was exposed, causing Plaintiff to trip and fall. As a result of a dangerous work environment provided by the Defendants, the Plaintiff fell and suffered bodily injuries.

### IV. CAUSES OF ACTION

Defendants are the owners of the establishment in question. The Defendants thus created and provided an unreasonably dangerous condition by negligently failing to inspect and maintain areas to which employees are to work.  Defendants were negligent in their management of the employee and company parking area, which lead to tripping and falling, and thus bodily injuries. Defendants knew or should have known that the area provided to employees, created an unreasonably dangerous condition, failed to adequately warn Plaintiff of the condition, and failed to remedy the condition proximately causing injuries to the Plaintiff.  This negligence of Defendants was the proximate cause of Plaintiff's injuries.

Each of these acts and omissions, singularly or in combination with others constitute negligence and negligence per se, which proximately caused the occurrence made the basis of this action for the injuries and damages to Plaintiff.

### V. DAMAGES

As a direct and proximate result of the negligence of Defendants, Plaintiff has suffered

Copy from re:SearchTX

**EXHIBIT A**

injuries to her neck, back, foot, and other parts of her body. These injuries incurred by Plaintiff have caused her to suffer injuries and damages in the past which, in all probability, will continue into the future, including:

a)      Physical pain and suffering and mental anguish, in the past and into the future;

b)      Reasonable and necessary expenses for medical care in the past and future;

c)      Disfigurement in the past and future;

d)      Physical impairment in the past and future; and

e)      Loss of earning capacity in the past and future.

Plaintiff's damages were proximately caused by the negligence of Defendants.

To the extent that Plaintiff had any pre-existing condition at the time of the occurrence in question, the same was not disabling, and she would respectfully show that such pre-existing condition, if any, was aggravated by the incident.

Plaintiff's damages are in excess of the minimum jurisdictional limits of this Court.

Plaintiff seeks damages in an amount to be determined by the jury in this cause in excess of the minimal jurisdictional limits of this court.

In accordance with Texas Rules of Civil Procedure, Plaintiff specifically seeks monetary relief over $250,000.00 but not more than $1,000,000.00.

## VI. NOTICE

Plaintiff hereby gives notice of intent to utilize items produced in discovery in the trial of this matter and the authenticity of such items is self-proven per the *Texas Rules of Civil Procedure 193.7*

## VII. REQUEST FOR DISCLOSURE

Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Plaintiff requests disclosure, at

Copy from re:SearchTX

or within thirty (30) days after the filing of the first answer, the information or material described in Rule 194.2 (a) – (b12) of the Texas Rules of Civil Procedure.

## VIII. JURY DEMAND

Plaintiff demands a jury trial and has tendered the appropriate fee.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, LINDA GURNYARD requests that Defendants, ALBERTSONS COMPANIES, INC., ALBERTSONS, LLC, RANDALL'S FOOD & DRUGS, LP, RANDALL'S FOOD MARKETS, INC., RANDALL PROPERTIES, INC., and SAFEWAY, INC. D/B/A TOM THUMB, be cited to appear and answer herein, and that upon final trial thereof, Plaintiff have judgment against Defendants, jointly and severally, for an amount in excess of the jurisdictional limits of this Court, together with pre-judgment and post-judgment interest, costs of court and for such other and further relief to which Plaintiff may show herself justly entitled.

SCHECHTER, SHAFFER & HARRIS, L.L.P.

*/s/ Gabriel A. Gonzalez*
GABRIEL A. GONZALEZ
Texas State Bar #24103735
3200 Travis, 3rd Floor
Houston, Texas 77006
Tel:     713 524 3500
Fax:     866 757 1011
ggonzalez@smslegal.com
ATTORNEYS FOR PLAINTIFF

Copy from re:SearchTX

**EXHIBIT A**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Gabriel Gonzalez
Bar No. 24103735
ggonzalez@smslegal.com
Envelope ID: 61956367
Status as of 2/22/2022 12:08 PM CST

Associated Case Party: Linda Gurnyard

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Gabriel Gonzalez | 24103735 | ggonzalez@smslegal.com | 2/22/2022 11:00:17 AM | SENT |

Copy from re:SearchTX

**EXHIBIT A**

## CIVIL PROCESS REQUEST

| FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING |
|---|
| FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED |

067-332077-22

CASE NUMBER: _____   CURRENT COURT: _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): _____

**FILE DATE OF MOTION:** _____
                                                  Month/        Day/        Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**1.** NAME:   Albertsons Companies, Inc.

ADDRESS:   1999 Bryan Street, Ste. 900, Dallas, TX 75201

AGENT, (*if applicable*):   CT Corporation System

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

**SERVICE BY** (*check one*):
- ☐ **ATTORNEY PICK-UP**             ☐ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____   Phone: _____
- ☐ **MAIL**                         ☐ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
     Type of Publication:   ☐ **COURTHOUSE DOOR, or**
                            ☐ **NEWSPAPER OF YOUR CHOICE:** _____
- ☐ **OTHER,** *explain* _____

*********************************************************************************

****

**2.** NAME:   Albertsons, LLC

ADDRESS:   1999 Bryan Street, Ste. 900, Dallas, TX 75201

AGENT, (*if applicable*):   CT Corporation System

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*):   out-of-county citaiton

**SERVICE BY** (*check one*):
- ☐ **ATTORNEY PICK-UP**             ☐ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____   Phone: _____
- ☐ **MAIL**                         ☐ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
     Type of Publication:   ☐ **COURTHOUSE DOOR, or**
                            ☐ **NEWSPAPER OF YOUR CHOICE:** _____
- ☒ **OTHER,** *explain*   Please email to attorney's email address

---

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: _____   TEXAS BAR NO./ID NO. _____

MAILING ADDRESS: _____

PHONE NUMBER: _____ _____   FAX NUMBER: _____ _____
                   area code      phone number                          area code      fax number

EMAIL ADDRESS: _____

CIVC108 Revised 4-9/3/99
Copy from re:SearchTX

**EXHIBIT A**

## CIVIL PROCESS REQUEST

> FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
> FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** _____     **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): _____

**FILE DATE OF MOTION:** _____
                                    Month/      Day/      Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**1.** NAME:  <u>Randall's Food & Drugs, LP</u>

   ADDRESS:  <u>1999 Bryan Street, Ste. 900, Dallas, TX 75201</u>

   AGENT, (*if applicable*):  <u>CT Corporation System</u>

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

   **SERVICE BY** (*check one*):
   - [ ] **ATTORNEY PICK-UP**              [ ] **CONSTABLE**
   - [ ] **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____  Phone: _____
   - [ ] **MAIL**                          [ ] **CERTIFIED MAIL**
   - [ ] **PUBLICATION:**
        Type of Publication:     [ ] **COURTHOUSE DOOR, or**
                                 [ ] **NEWSPAPER OF YOUR CHOICE:** _____
   - [ ] **OTHER**, *explain* _____

******************************************************************************************

****

**2.** NAME:  <u>Randall's Food Markets, Inc.</u>

   ADDRESS:  <u>1999 Bryan Street, Ste. 900, Dallas, TX 75201</u>

   AGENT, (*if applicable*):  <u>CT Corporation System</u>

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): <u>out-of-county citaiton</u>

   **SERVICE BY** (*check one*):
   - [ ] **ATTORNEY PICK-UP**              [ ] **CONSTABLE**
   - [ ] **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____  Phone: _____
   - [ ] **MAIL**                          [ ] **CERTIFIED MAIL**
   - [ ] **PUBLICATION:**
        Type of Publication:     [ ] **COURTHOUSE DOOR, or**
                                 [ ] **NEWSPAPER OF YOUR CHOICE:** _____
   - [x] **OTHER**, *explain*  <u>Please email to attorney's email address</u>

---

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: _____     TEXAS BAR NO./ID NO. _____

MAILING ADDRESS: _____

PHONE NUMBER: _____  _____     FAX NUMBER: _____  _____
                area code       phone number                          area code    fax number

EMAIL ADDRESS: _____

Copy from re:SearchTX

CIV/C108 Revised 4 9/3/99

**EXHIBIT A**

## CIVIL PROCESS REQUEST

| FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING |
|---|
| FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED |

**CASE NUMBER:** _____     **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): _____

**FILE DATE OF MOTION:** _____

Month/     Day/     Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**1.** NAME:  __Randall's Properties, Inc.__

ADDRESS:  __1999 Bryan Street, Ste. 900, Dallas, TX 75201__

AGENT, (*if applicable*):  __CT Corporation System__

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

**SERVICE BY** (*check one*):
- ☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____     Phone: _____
- ☐ **MAIL**                    ☐ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
  Type of Publication:         ☐ **COURTHOUSE DOOR,  or**
                              ☐ **NEWSPAPER OF YOUR CHOICE:** _____
- ☐ **OTHER,** *explain* _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*

**2.** NAME:  __Safeway, Inc. d/b/a Tom Thumb__

ADDRESS:  __1999 Bryan Street, Ste. 900, Dallas, TX 75201__

AGENT, (*if applicable*):  __CT Corporation System__

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*):  __out-of-county citaiton__

**SERVICE BY** (*check one*):
- ☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____     Phone: _____
- ☐ **MAIL**                    ☐ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
  Type of Publication:         ☐ **COURTHOUSE DOOR,  or**
                              ☐ **NEWSPAPER OF YOUR CHOICE:** _____
- ☒ **OTHER,** *explain*  __Please email to attorney's email address__

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: _____     TEXAS BAR NO./ID NO. _____

MAILING ADDRESS: _____

PHONE NUMBER: _____     _____     FAX NUMBER: _____     _____

area code          phone  number                                    area code     fax  number

EMAIL ADDRESS: _____

CIV/C108 Revised 9/2/99

Copy from re:SearchTX

067-332077-22

FILED
TARRANT COUNTY
3/1/2022 1:01 PM
THOMAS A. WILDER
DISTRICT CLERK

**EXHIBIT A**

Case 4:22-cv-00219-O   Document 1-1   Filed 03/25/22   Page 13 of 36   PageID 18

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

_CITATION_                                    _Cause No. 067-332077-22_

LINDA GURNYARD
VS.
ALBERTSONS COMPANIES, INC., ET AL

TO: ALBERTSONS LLC

B/S REG AGENT-CT CORPORATION SYSTEM 1999 BRYAN ST STE 900 DALLAS, TX 75201-

You said DEFENDANTS are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION AND
REQUEST FOR DISCLOSURE at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 67th District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

LINDA GURNYARD

Filed in said Court on February 22nd, 2022 Against
ALBERTSONS COMPANIES INC, ALBERTSONS LLC, RANDALLS FOOD & DRUGS LP, RANDALLS FOOD MARKETS INC, RANDALL PROPERTIES INC,
SAFEWAY INC, D/B/A TOM THUMB
For suit, said suit being numbered 067-332077-22 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE  a copy of which accompanies this citation.

GABRIEL A GONZALEZ
Attorney for LINDA GURNYARD Phone No. (713)524-3500
Address    3200 TRAVIS 3RD FL HOUSTON, TX 77006
_____ Thomas A. Wilder _____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 23rd day of February, 2022.

                    By _____ Natalie Thigpen _____
                              NATALIE THIGPEN

A CERTIFIED COPY
ATTEST: 02/23/2022
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY:/s/ Natalie Thigpen

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of
twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures
to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

OFFICER'S RETURN  *06733207722000006*
Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____ State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by delivering to the within named (Defe.) _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION AND
REQUEST FOR DISCLOSURE, having first endorsed on same the date of delivery.

_AFFIDAVIT ATTACHED_

Authorized Person/Constable/Sheriff:_____
    County of _____ State of _____ By _____ Deputy
Fees $ _____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, _____
to certify which witness my hand and seal of office
(Seal)                              _____
                    County of _____, State of _____

Copy from re:SearchTX

# CITATION

Cause No. 067-332077-22

LINDA GURNYARD

VS.

ALBERTSONS COMPANIES, INC.,
ET AL

ISSUED

This 23rd day of February, 2022

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By     NATALIE THIGPEN Deputy

GABRIEL A GONZALEZ
Attorney for: LINDA GURNYARD
Phone No. (713)524-3500
ADDRESS: 3200 TRAVIS 3RD FL.

HOUSTON, TX 77006

*CIVIL LAW*

*0673320772200006*

SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL

A CERTIFIED COPY
ATTEST: 02/23/2022
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
By: /s/ Natalie Thigpen

## CAUSE NO. 067-332077-22

| | | |
|---|---|---|
| LINDA GURNYARD | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | TARRANT COUNTY, TEXAS |
| | § | |
| ALBERTSONS COMPANIES, INC., ALBERTSONS, LLC, | § | |
| RANDALL'S FOOD & DRUGS, LP, RANDALL'S FOOD | | |
| MARKETS, INC., RANDALL PROPERTIES, INC, AND | | |
| SAFEWAY, INC. D/B/A/ TOM THUMB | | |
| Defendant. | § | 67TH JUDICIAL DISTRICT |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Feb 23, 2022, 3:11 pm,**

CITATION, PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE

and was executed at **1999 BRYAN ST SUITE 900, DALLAS, TX 75201** within the county of **DALLAS** at **12:46 PM** on **Fri, Feb 25 2022,** by delivering a true copy to the within named

**ALBERTSONS, LLC BY DELIVERING TO ITS REGISTERED AGENT CT CORPORATION SYSTEM BY DELIVERING TO KIRK ATKINS, SOP INTAKE**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **JayKob McArter,** my date of birth is **08-04-2000,** and my address is **4425 W AIRPORT FWY SUITE 352, IRVING, TX 75062,** and **United States of America.** I declare under penalty of perjury that the foregoing is true and correct.

Executed in **DALLAS** County, State of **TX,** on **February 25, 2022.**

JayKob McArter
PSC-20627 EXP: 11/30/2023

Copy from re:SearchTX

067-332077-22

**EXHIBIT A**

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

## *CITATION*

*Cause No. 067-332077-22*

LINDA GURNYARD
VS.
ALBERTSONS COMPANIES, INC., ET AL

TO: ALBERTSONS COMPANIES INC

B/S REG AGENT-CT CORPORATION SYSTEM 1999 BRYAN ST STE 900 DALLAS, TX 75201-

You said DEFENDANTS are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 67th District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

LINDA GURNYARD

Filed in said Court on February 22nd, 2022 Against
ALBERTSONS COMPANIES INC, ALBERTSONS LLC, RANDALLS FOOD & DRUGS LP, RANDALLS FOOD MARKETS INC, RANDALL PROPERTIES INC, SAFEWAY INC, D/B/A TOM THUMB
For suit, said suit being numbered 067-332077-22 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE  a copy of which accompanies this citation.

GABRIEL A GONZALEZ
Attorney for LINDA GURNYARD Phone No. (713)524-3500
Address    3200 TRAVIS 3RD FL HOUSTON, TX 77006
_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 23rd day of February, 2022.

By      *Natalie Thigpen*
NATALIE THIGPEN

A CERTIFIED COPY
ATTEST: 02/23/2022
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Natalie Thigpen

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of
twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures
to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

## OFFICER'S RETURN *06733207722000005*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____ State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION AND
REQUEST FOR DISCLOSURE, having first endorsed on same the date of delivery

       Authorized Person/Constable/Sheriff:
       County of _____ Deputy
Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office.
(Seal)
                 County of _____, State of _____

AFFIDAVIT ATTACHED

# CITATION

Cause No. 067-332077-22

LINDA GURNYARD

VS.

ALBERTSONS COMPANIES, INC.,
ET AL.

ISSUED

This 23rd day of February, 2022

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By        NATALIE THIGPEN Deputy

GABRIEL A GONZALEZ
Attorney for: LINDA GURNYARD
Phone No. (713)524-3500
ADDRESS: 3200 TRAVIS 3RD FL.

HOUSTON, TX 77006

*CIVIL LAW*



*0673320772200005*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL



A CERTIFIED COPY
ATTEST: 02/23/2022
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
By: /s/ Natalie Thigpen

## CAUSE NO. 067-332077-22

| | | |
|---|---|---|
| **LINDA GURNYARD** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| Plaintiff, | § | |
| **VS.** | § | **TARRANT COUNTY, TEXAS** |
| | § | |
| **ALBERTSONS COMPANIES, INC., ALBERTSONS, LLC,** | § | |
| **RANDALL'S FOOD & DRUGS, LP, RANDALL'S FOOD** | | |
| **MARKETS, INC., RANDALL PROPERTIES, INC, AND** | | |
| **SAFEWAY, INC. D/B/A/ TOM THUMB** | | |
| Defendant. | § | **67TH JUDICIAL DISTRICT** |

### AFFIDAVIT OF SERVICE

"The following came to hand on **Feb 23, 2022, 3:11 pm,**

### CITATION, PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE

and was executed at **1999 BRYAN ST SUITE 900, DALLAS, TX 75201** within the county of **DALLAS** at **12:46 PM** on **Fri, Feb 25 2022,** by delivering a true copy to the within named

**ALBERTSONS COMPANIES INC BY DELIVERING TO ITS REGISTERED AGENT CT CORPORATION SYSTEM BY DELIVERING TO KIRK ATKINS, SOP INTAKE**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **JayKob McArter,** my date of birth is **08-04-2000,** and my address is **4425 W AIRPORT FWY SUITE 352, IRVING, TX 75062,** and **United States of America.** I declare under penalty of perjury that the foregoing is true and correct.

Executed in **DALLAS** County, State of **TX,** on **February 25, 2022.**

_____

**JayKob McArter**
**PSC-20627 EXP: 11/30/2023**

Copy from re:SearchTX

067-332077-22

FILED
TARRANT COUNTY
3/1/2022 1:01 PM
THOMAS A. WILDER
DISTRICT CLERK

**EXHIBIT A**

Case 4:22-cv-00219-O   Document 1-1   Filed 03/25/22   Page 19 of 36   PageID 24

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

*CITATION*

*Cause No. 067-332077-22*

LINDA GURNYARD
VS.
ALBERTSONS COMPANIES, INC., ET AL

TO: RANDALLS FOOD & DRUGS LP

B/S REG AGENT-CT CORPORATION SYSTEM 1999 BRYAN ST STE 900 DALLAS, TX 75201-

You said DEFENDANTS are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 67th District Court ,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

LINDA GURNYARD

Filed in said Court on February 22nd, 2022 Against ALBERTSONS COMPANIES INC, ALBERTSONS LLC, RANDALLS FOOD & DRUGS LP, RANDALLS FOOD MARKETS INC, RANDALL PROPERTIES INC, SAFEWAY INC, D/B/A TOM THUMB For suit, said suit being numbered 067-332077-22 the nature of which demand is as shown on said PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE a copy of which accompanies this citation.

GABRIEL A GONZALEZ
Attorney for LINDA GURNYARD Phone No. (713)524-3500
Address    3200 TRAVIS 3RD FL HOUSTON, TX 77006

_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 23rd day of February, 2022.

By ___Natalie Thigpen___

NATALIE THIGPEN

A CERTIFIED COPY
ATTEST: 02/23/2022
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Natalie Thigpen

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

## OFFICER'S RETURN   *06733207722000007*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at _____ within the county of _____, State of _____ at _____ o'clock ___M on the _____ day of _____, _____ by delivering to the within named (Def.): _____ defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____

County of _____  State of _____  By _____ Deputy

Fees $_____

State of _____ County of _____    (Must be verified if served outside the State of Texas)

Signed and sworn to by the said _____ before me this _____ day of _____, ____ to certify which witness my hand and seal of office.

(Seal)

County of _____, State of _____

*AFFIDAVIT ATTACHED*

# CITATION

Cause No. 067-332077-22

LINDA GURNYARD

VS.

ALBERTSONS COMPANIES, INC.,
ET AL.

ISSUED

This 23rd day of February, 2022

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By          NATALIE THIGPEN Deputy

GABRIEL A GONZALEZ
Attorney for: LINDA GURNYARD
Phone No. (713)524-3500
ADDRESS: 3200 TRAVIS 3RD FL.

HOUSTON, TX 77006

*CIVIL LAW*

SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL
*06733207722000007*



A CERTIFIED COPY
ATTEST; 02/23/2022
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Natalie Thigpen

**EXHIBIT A**

## CAUSE NO. 067-332077-22

| | | |
|---|---|---|
| LINDA GURNYARD | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | TARRANT COUNTY, TEXAS |
| | § | |
| ALBERTSONS COMPANIES, INC., ALBERTSONS, LLC, | § | |
| RANDALL'S FOOD & DRUGS, LP, RANDALL'S FOOD | | |
| MARKETS, INC., RANDALL PROPERTIES, INC, AND | | |
| SAFEWAY, INC. D/B/A/ TOM THUMB | | |
| Defendant. | § | 67TH JUDICIAL DISTRICT |

### AFFIDAVIT OF SERVICE

"The following came to hand on **Feb 23, 2022, 3:11 pm,**

**CITATION, PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE**

and was executed at **1999 BRYAN ST SUITE 900, DALLAS, TX 75201** within the county of **DALLAS** at **12:46 PM** on **Fri, Feb 25 2022**, by delivering a true copy to the within named

**RANDALL'S FOOD & DRUGS, LP BY DELIVERING TO ITS REGISTERED AGENT CT CORPORATION SYSTEM BY DELIVERING TO KIRK ATKINS, SOP INTAKE**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **JayKob McArter**, my date of birth is **08-04-2000**, and my address is **4425 W AIRPORT FWY SUITE 352, IRVING, TX 75062**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **DALLAS** County, State of **TX**, on **February 25, 2022.**

_____

JayKob McArter
PSC-20627 EXP: 11/30/2023

Copy from re:SearchTX

067-332077-22

EXHIBIT A

FILED
TARRANT COUNTY
3/1/2022 1:01 PM
THOMAS A. WILDER
DISTRICT CLERK

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

*CITATION*

*Cause No. 067-332077-22*

LINDA GURNYARD
VS.
ALBERTSONS COMPANIES, INC., ET AL

TO: RANDALL PROPERTIES INC

B/S REG AGENT-CT CORPORATION SYSTEM 1999 BRYAN ST STE 900 DALLAS, TX 75201-

You said DEFENDANTS are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION AND
REQUEST FOR DISCLOSURE at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 67th District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

LINDA GURNYARD

Filed in said Court on February 22nd, 2022 Against
ALBERTSONS COMPANIES INC, ALBERTSONS LLC, RANDALLS FOOD & DRUGS LP, RANDALLS FOOD MARKETS INC, RANDALL PROPERTIES INC,
SAFEWAY INC, D/B/A TOM THUMB
For suit, said suit being numbered 067-332077-22 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE  a copy of which accompanies this citation.

GABRIEL A GONZALEZ
Attorney for LINDA GURNYARD Phone No. (713)524-3500
Address     3200 TRAVIS 3RD FL HOUSTON, TX 77006

_____ Thomas A. Wilder _____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 23rd day of February, 2022.

By _____ Natalie Thigpen _____
NATALIE THIGPEN

A CERTIFIED COPY
ATTEST: 02/23/2022
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Natalie Thigpen

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM, on the Monday next following the expiration of
twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures
to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

OFFICER'S RETURN  *06733207722000009*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION AND
REQUEST FOR DISCLOSURE, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of _____ By _____ Deputy
Fees $ _____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office.
(Seal)                        _____
County of _____, State of _____

Copy from re:SearchTX

**EXHIBIT A**

*CITATION*

Cause No. 067-332077-22

LINDA GURNYARD

VS.

ALBERTSONS COMPANIES, INC.,
ET AL.

ISSUED

This 23rd day of February, 2022

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By        NATALIE THIGPEN Deputy

GABRIEL A GONZALEZ
Attorney for: LINDA GURNYARD
Phone No. (713)524-3500
ADDRESS: 3200 TRAVIS 3RD FL.

HOUSTON, TX 77006

*CIVIL LAW*

ORIGINAL
BY TARRANT COUNTY DISTRICT CLERK
SERVICE FEES NOT COLLECTED
*06733207722000009*

A CERTIFIED COPY
ATTEST: 02/23/2022
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Natalie Thigpen

Copy from re:SearchTX

EXHIBIT A

## CAUSE NO. 067-332077-22

| | | |
|---|---|---|
| **LINDA GURNYARD** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| Plaintiff, | § | |
| **VS.** | § | **TARRANT COUNTY, TEXAS** |
| | § | |
| **ALBERTSONS COMPANIES, INC., ALBERTSONS, LLC,** | § | |
| **RANDALL'S FOOD & DRUGS, LP, RANDALL'S FOOD** | | |
| **MARKETS, INC., RANDALL PROPERTIES, INC, AND** | | |
| **SAFEWAY, INC. D/B/A/ TOM THUMB** | | |
| Defendant. | § | **67TH JUDICIAL DISTRICT** |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Feb 23, 2022, 3:11 pm,**

CITATION, PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE

and was executed at **1999 BRYAN ST SUITE 900, DALLAS, TX 75201** within the county of **DALLAS** at **12:46 PM** on **Fri, Feb 25 2022**, by delivering a true copy to the within named

**RANDALL PROPERTIES, INC BY DELIVERING TO ITS REGISTERED AGENT CT CORPORATION SYSTEM BY DELIVERING TO KIRK ATKINS, SOP INTAKE**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **JayKob McArter**, my date of birth is **08-04-2000**, and my address is **4425 W AIRPORT FWY SUITE 352, IRVING, TX 75062**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **DALLAS** County, State of **TX**, on **February 25, 2022.**

_____
JayKob McArter
PSC-20627 EXP: 11/30/2023

Copy from re:SearchTX

067-332077-22

**EXHIBIT A**

FILED
TARRANT COUNTY
3/1/2022 1:01 PM
THOMAS A. WILDER
DISTRICT CLERK

Case 4:22-cv-00219-O   Document 1-1   Filed 03/25/22   Page 25 of 36   PageID 30

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

## CITATION

### Cause No. 067-332077-22

LINDA GURNYARD
VS.
ALBERTSONS COMPANIES, INC., ET AL

TO: RANDALLS FOOD MARKETS INC

B/S REG AGENT-CT CORPORATION SYSTEM 1999 BRYAN ST STE 900 DALLAS, TX 75201-

You said DEFENDANTS are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION AND
REQUEST FOR DISCLOSURE at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 67th District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

LINDA GURNYARD

Filed in said Court on February 22nd, 2022 Against
ALBERTSONS COMPANIES INC, ALBERTSONS LLC, RANDALLS FOOD & DRUGS LP, RANDALLS FOOD MARKETS INC, RANDALL PROPERTIES INC,
SAFEWAY INC, D/B/A TOM THUMB
For suit, said suit being numbered 067-332077-22 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE  a copy of which accompanies this citation.

GABRIEL A GONZALEZ
Attorney for LINDA GURNYARD Phone No. (713)524-3500
Address     3200 TRAVIS 3RD FL HOUSTON, TX 77006

_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 23rd day of February, 2022.

By _____Natali Thigpen_____
NATALIE THIGPEN

A CERTIFIED COPY
ATTEST: 02/23/2022
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Natalie Thigpen

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of
twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures
to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

### OFFICER'S RETURN  *06733207722000008*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION AND
REQUEST FOR DISCLOSURE, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff _____
County of _____ State of _____ By _____ Deputy
Fees $ _____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, _____
to certify which witness my hand and seal of office _____
(Seal)
County of _____, State of _____

Copy from re:SearchTX

**EXHIBIT A**

*CITATION*

Cause No. 067-332077-22

LINDA GURNYARD

VS.

ALBERTSONS COMPANIES, INC.,
ET AL

ISSUED

This 23rd day of February, 2022

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By          NATALIE THIGPEN Deputy

GABRIEL A GONZALEZ
Attorney for: LINDA GURNYARD
Phone No. (713)524-3500
ADDRESS: 3200 TRAVIS 3RD FL.

HOUSTON, TX 77006

*CIVIL LAW*

*0673320771220000008*

SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL

A CERTIFIED COPY
ATTEST: 02/23/2022
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Natalie Thigpen

Copy from re:SearchTX

## CAUSE NO. 067-332077-22

| | | |
|---|---|---|
| LINDA GURNYARD | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | TARRANT COUNTY, TEXAS |
| | § | |
| ALBERTSONS COMPANIES, INC., ALBERTSONS, LLC, | § | |
| RANDALL'S FOOD & DRUGS, LP, RANDALL'S FOOD | | |
| MARKETS, INC., RANDALL PROPERTIES, INC, AND | | |
| SAFEWAY, INC. D/B/A/ TOM THUMB | | |
| Defendant. | § | 67TH JUDICIAL DISTRICT |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Feb 23, 2022, 3:11 pm,**

**CITATION, PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE**

and was executed at **1999 BRYAN ST SUITE 900, DALLAS, TX 75201** within the county of **DALLAS** at **12:46 PM** on **Fri, Feb 25 2022,** by delivering a true copy to the within named

**RANDALL'S FOOD MARKETS, INC BY DELIVERING TO ITS REGISTERED AGENT CT CORPORATION SYSTEM BY DELIVERING TO KIRK ATKINS, SOP INTAKE**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **JayKob McArter,** my date of birth is **08-04-2000,** and my address is **4425 W AIRPORT FWY SUITE 352, IRVING, TX 75062,** and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **DALLAS** County, State of **TX,** on **February 25, 2022.**

JayKob McArter
PSC-20627 EXP: 11/30/2023

067-332077-22

FILED
TARRANT COUNTY
3/1/2022 1:01 PM
THOMAS A. WILDER
DISTRICT CLERK

**EXHIBIT A**

Case 4:22-cv-00219-O   Document 1-1   Filed 03/25/22   Page 28 of 36   PageID 33

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

*CITATION*                                           *Cause No. 067-332077-22*

LINDA GURNYARD
VS.
ALBERTSONS COMPANIES, INC., ET AL

TO: SAFEWAY INC
D/B/A TOM THUMB                    B/S REG AGENT-CT CORPORATION SYSTEM 1999 BRYAN ST STE 900 DALLAS, TX 75201-

You said DEFENDANTS are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION AND
REQUEST FOR DISCLOSURE at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 67th District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

LINDA GURNYARD

Filed in said Court on February 22nd, 2022 Against
ALBERTSONS COMPANIES INC, ALBERTSONS LLC, RANDALLS FOOD & DRUGS LP, RANDALLS FOOD MARKETS INC, RANDALL PROPERTIES INC,
SAFEWAY INC, D/B/A TOM THUMB
For suit, said suit being numbered 067-332077-22 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE  a copy of which accompanies this citation.

GABRIEL A GONZALEZ
Attorney for LINDA GURNYARD Phone No. (713)524-3500
Address    3200 TRAVIS 3RD FL HOUSTON, TX 77006
_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 23rd day of February, 2022.

By  *Natali Thigpen*
NATALIE THIGPEN

A CERTIFIED COPY
ATTEST: 02/23/2022
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Natalie Thigpen

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of
twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures
to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

OFFICER'S RETURN  *06733207722000010*

Received this Citation on the _____ day of _____, _____, at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION AND
REQUEST FOR DISCLOSURE, having first endorsed on same the date of delivery.

_AFFIDAVIT ATTACHED_

Authorized Person/Constable/Sheriff: _____
County of _____ State of _____ By _____ , Deputy
Fees $ _____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, _____
to certify which witness my hand and seal of office.
(Seal)

County of _____ , State of _____

Copy from re:SearchTX

# CITATION

Cause No. 067-332077-22

LINDA GURNYARD

VS.

ALBERTSONS COMPANIES, INC.,
ET AL

ISSUED

This 23rd day of February, 2022

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By    NATALIE THIGPEN Deputy

GABRIEL A GONZALEZ
Attorney for: LINDA GURNYARD
Phone No. (713)524-3500
ADDRESS: 3200 TRAVIS 3RD FL

HOUSTON, TX 77006

*CIVIL LAW*



*06733207722000010*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL



A CERTIFIED COPY
ATTEST; 02/23/2022
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Natalie Thigpen

## CAUSE NO. 067-332077-22

| | | |
|---|---|---|
| LINDA GURNYARD | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | TARRANT COUNTY, TEXAS |
| | § | |
| ALBERTSONS COMPANIES, INC., ALBERTSONS, LLC, | § | |
| RANDALL'S FOOD & DRUGS, LP, RANDALL'S FOOD | | |
| MARKETS, INC., RANDALL PROPERTIES, INC, AND | | |
| SAFEWAY, INC. D/B/A/ TOM THUMB | | |
| Defendant. | § | 67TH JUDICIAL DISTRICT |

### AFFIDAVIT OF SERVICE

"The following came to hand on **Feb 23, 2022, 3:11 pm,**

**CITATION, PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE**

and was executed at **1999 BRYAN ST SUITE 900, DALLAS, TX 75201** within the county of **DALLAS** at **12:46 PM** on **Fri, Feb 25 2022,** by delivering a true copy to the within named

**SAFEWAY, INC. D/B/A/ TOM THUMB BY DELIVERING TO ITS REGISTERED AGENT CT CORPORATION SYSTEM BY DELIVERING TO KIRK ATKINS, SOP INTAKE**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **JayKob McArter,** my date of birth is **08-04-2000,** and my address is **4425 W AIRPORT FWY SUITE 352, IRVING, TX 75062,** and **United States of America.** I declare under penalty of perjury that the foregoing is true and correct.

Executed in **DALLAS** County, State of **TX,** on **February 25, 2022.**

_____

JayKob McArter
PSC-20627 EXP: 11/30/2023

067-332077-22

FILED
TARRANT COUNTY
3/18/2022 5:05 PM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. 067-332077-22

| | | |
|---|---|---|
| LINDA GURNYARD, | § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | OF TARRANT COUNTY TEXAS |
| | § | |
| ALBERTSONS COMPANIES, INC, | § | |
| ALBERTSONS, LLC, RANDALL'S | § | |
| FOOD & DRUGS, LP, RANDALL'S | § | |
| FOOD MARKETS, INC., RANDALL | § | |
| PROPERTIES, INC AND SAFEWAY, | § | |
| INC., D/B/A TOM THUMB, | § | |
| *Defendant.* | § | 67TH JUDICIAL DISTRICT |

## DEFENDANTS' ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES

Defendants ALBERTSONS COMPANIES, INC; ALBERTSONS, LLC; RANDALL'S FOOD & DRUGS, LP; RANDALL'S FOOD MARKETS, INC.; RANDALL PROPERTIES, INC., AND SAFEWAY, INC., d/b/a TOM THUMB; ("Defendants") hereby submit their Original Answer to Plaintiff's Original Petition and would show as follows:

## GENERAL DENIAL

1.      Without waiving any other defenses Defendants may have or hereafter come to have or urge, Defendants generally deny each and every material allegation in Plaintiff's Original Petition (and all subsequent amended and supplemental Petitions filed herein) pursuant to Rule 92 of the Texas Rules of Civil Procedure and demands strict proof thereof by a preponderance of the evidence or by clear and convincing evidence as the law requires.

## CLAIMS SUBJECT TO ARBITRATION AGREEMENT

2.      In filing Defendants' Original Answer and Affirmative Defenses, Defendants do not waive their contractual right to arbitration. The claims asserted in Plaintiff's Original Petition are subject to a binding arbitration agreement and Defendants are hereby invoking its right to arbitration.

## AFFIRMATIVE DEFENSES

Without conceding that the following are affirmative defenses for which Defendants bear the burden of proof, Defendants assert that:

3.      Defendants **ALBERTSONS COMPANIES, INC; ALBERTSONS, LLC; RANDALLS FOOD MARKETS, INC.; RANDALL PROPERTIES, INC., AND SAFEWAY, INC., d/b/a TOM THUMB** are not proper parties.  None of these parties owned, occupied and/or maintained the premises on which Plaintiff's alleged incident occurred at the time the incident is alleged to have happened. These Defendants did not employ Plaintiff on the date of her alleged injury.  None of these parties owed a duty to Plaintiff.  Plaintiff was employed by Randall's Food & Drugs, LP.

The proper party, Randall's Food & Drugs LP, asserts that:

4.      Plaintiff was in the normal course of routine employment matters at the time of Plaintiff's alleged injury, if any, and the incident was not foreseeable to Defendant.

5.      Plaintiff was injured, if at all, while performing the same character of work Plaintiff had always done, which was not unusually precarious.

6.      Plaintiff was injured, if at all, after receiving proper training.

7.      Any supposed hazard at issue in the incident was open and obvious. Defendant owed no duty to Plaintiff as to open and obvious hazards.

8.      Plaintiff's acts and omissions under all the attendant circumstances were the sole proximate cause of injuries or damages alleged to have been sustained by Plaintiff.

9.      As a result of Plaintiff's claimed accident and injuries, Plaintiff may have received medical and/or other benefits from Defendant's self-funded occupational injury ERISA plan. Defendant, on behalf of its plan, is entitled to reimbursement of the costs of the benefits, if any, provided to Plaintiff in the unlikely event Plaintiff recovers monetary damages from Defendant in connection with Plaintiff's claim.

10.     To the extent Plaintiff seeks punitive or exemplary damages, Defendant relies upon the limitations and other provisions of Chapter 41 of the Texas Civil Practice & Remedies Code.

11.     Any award of pre-judgment interest for damages that have not yet accrued would violate Defendant's rights to substantive and procedural due process under the Fifth and Fourteenth Amendments to the United States Constitution, as well as Article I, Sections 14, 16, and 19 of the Texas Constitution.

12.     Defendant pleads further that any recovery of medical expenses or health care expenses allegedly incurred by Plaintiff, is limited to the amount actually paid or incurred by or on behalf of Plaintiff, if any, pursuant to Tex. Civ. Prac. & Rem.

Code §41.0105. Defendant respectfully requests Plaintiff's award, if any, be computed in accordance with the language of Section 41.0105 of the Texas Civil Practice and Remedies Code. Defendant also requests Plaintiff prove (1) that reasonable and necessary medical or healthcare expenses do exist, (2) what part of the medical or healthcare expenses have actually been paid or for which Plaintiff remains liable; and (3) the medical or healthcare expenses claimed resulted from conduct of Defendant.

## OBJECTION AND/OR RESEVATION TO OBJECT TO PROPER NOTICE PURSUANT TO TEX. R. CIV. P. 193.7

To the extent Plaintiff purports to invoke Texas Rule of Civil Procedure 193.7 or any similar rule, Defendant objects to its timeliness as discovery has not yet been exchanged and Plaintiff cannot, in good faith, provide proper notice that Plaintiff will use documents produced by Defendant against it. Defendant further disputes that its deadline to object, pursuant to Texas Rule of Civil Procedure 193.7 or any similar rule, to the authenticity of a document Defendant may produce in the future is triggered by any notice contained in Plaintiff's petition. Defendant does not waive, and reserves the right, to object to documents later identified with specificity by Plaintiff in any future notice pursuant to Texas Rule of Civil Procedure 193.7 or any similar rule.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants pray Plaintiff take nothing by her suit, that Defendants be dismissed from this action, awarded court costs and for such other and further relief to which Defendants may be justly entitled.

- 4 -

Respectfully submitted,

By: ___**/s/ Trek Doyle**_____
Trek Doyle
State Bar No. 00790608
trek@doyleseelbach.com

Ryan Hecht
State Bar No. 24120281
ryanh@doyleseelbach.com

Doyle & Seelbach PLLC
7700 W. Highway 71, Suite 250
Austin, Texas 78735
512.960.4890 Telephone
doyleseelbach.com

*ATTORNEYS FOR DEFENDANT*

 Doyle & Seelbach

## <u>CERTIFICATE OF SERVICE</u>

By my signature above, I hereby certify that a true and correct copy of the above and foregoing document has been served by electronic delivery to counsel identified below on this, the 18th day of March 2022.

Gabriel A. Gonzalez
State Bar No. 24103735
Schechter, Shaffer & Harris, LLP
3200 Travis, 3rd Floor
Houston, Texas 77006
713.524.3500 telephone
866.757.1011 fax
ggonzalez@smslegal.com

*Attorneys for Plaintiff*

EXHIBIT A

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

William Templeton on behalf of Trek Doyle
Bar No. 790608
bill@doyleseelbach.com
Envelope ID: 62759958
Status as of 3/21/2022 8:09 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Gabriel Gonzalez | 24103735 | ggonzalez@smslegal.com | 3/18/2022 5:05:24 PM | SENT |

Associated Case Party: THERANDALLS FOOD & DRUGS LP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Trek Doyle | | trek@doyleseelbach.com | 3/18/2022 5:05:24 PM | SENT |
| Ryan Hecht | | ryanh@doyleseelbach.com | 3/18/2022 5:05:24 PM | SENT |
| Bill Templeton | | bill@doyleseelbach.com | 3/18/2022 5:05:24 PM | SENT |